IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH CLEMMONS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-0587 |
| | § | |
| JOSEPH "BUBBA" BUTERA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING SUMMARY JUDGMENT MOTION

The defendants, Frank B. Mandola and Joseph Butera, have moved for summary judgment. The plaintiffs have filed a notice that they do not oppose the motion and ask the court to grant it. The summary judgment motion is granted. The claims against Frank B. Mandola and Joseph Butera are dismissed with prejudice.

SIGNED on June 26, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge